UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

LEONARDO RICO-NERI

Defendant(s)

CRIMINAL NO. 08mj8745

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **Leo S. Papas**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

RUBEN NUNEZ-HERNANDEZ

DATED: 9/3/8

**Leo S. Papas**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

**RECEIVED** ______________ **DUSM**

**OR**

**W. SAMUEL HAMRICK, JR. Clerk**
**by** J. Jarabek **Deputy Clerk**

**J. JARABEK**

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

★ U.S. GPO: 2003-581-774/70082