RECEIVED
2008 SEP -4 P 4:20
EL CENTRO OFFICE

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,
Plaintiff

vs.

Leonardo Rico-Neri
Defendant(s)

CRIMINAL NO. 08CR3012-H
08mj8745

ORDER

RELEASING MATERIAL WITNESS

Booking No.

On order of the United States District/Magistrate Judge, **PETER C. LEWIS**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / Order of Court).

Yamel Rodriguez-Garcia

DATED: 9/4/08

**PETER C. LEWIS**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED ____________ DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by E. Flores
Deputy Clerk



✩ U.S. GPO: 2003-581-774/70082